Fill in this information to identify the case:

United States Bankruptcy Court for the:

Northern District of California (State)

Case number (If known): _____ Chapter _____

FILED

MAR 1 4 2025  KW

U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals*, is available.

| | | |
|---|---|---|
| 1. Debtor's name | M CAPO SIGNORA ITALIAN CUISINE | |
| 2. All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names, and *doing business as* names | | |
| 3. Debtor's federal Employer Identification Number (EIN) | 93 – 3866955 | |

4. Debtor's address

**Principal place of business**

1709  AIRLINE HWY #A
Number   Street

HOLLISTER   CA   95023
City         State   ZIP Code

SAN BENITO COUNTY
County

**Mailing address, if different from principal place of business**

3022 MONTE CRISTO CT
Number   Street

P.O. Box

HOLLISTER   CA   95023
City         State   ZIP Code

**Location of principal assets, if different from principal place of business**

Number   Street

_____   CA   _____
City      State   ZIP Code

5. Debtor's website (URL)  _____

| Debtor | M CAPO SIGNORA ITALIAN CUISINE | Case number (if known) |
|---|---|---|
| | Name | |

### 6. Type of debtor

- ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
- ☐ Partnership (excluding LLP)
- ☐ Other. Specify: _____

### 7. Describe debtor's business

A. *Check one:*

- ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
- ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
- ☐ Railroad (as defined in 11 U.S.C. § 101(44))
- ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
- ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
- ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
- ☒ None of the above

B. *Check all that apply:*

- ☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
- ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
- ☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes .

___ ___ ___ ___

### 8. Under which chapter of the Bankruptcy Code is the debtor filing?

*Check one:*

- ☐ Chapter 7
- ☐ Chapter 9
- ☒ Chapter 11. *Check all that apply*:
  - ☒ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).
  - ☒ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
  - ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.
  - ☐ A plan is being filed with this petition.
  - ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
  - ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
  - ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
- ☐ Chapter 12

### 9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?

If more than 2 cases, attach a separate list.

- ☒ No
- ☐ Yes. District _____ When _____/_____/_____ Case number _____
                                        MM / DD / YYYY
        District _____ When _____/_____/_____ Case number _____
                                        MM / DD / YYYY

Debtor  M CAPO SIGNORA ITALIAN CUISINE                             Case number (if known) _____
        Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes. Debtor _____ Relationship _____
       District _____ When ___/___/_____
                                      MM / DD / YYYY
       Case number, if known _____

List all cases. If more than 1, attach a separate list.

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☐ No
☒ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (Check all that apply.)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☒ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

Where is the property? 1709 AIRLINE HWY #A
                      Number    Street

                      HOLLISTER CA                    CA      95023
                      City                            State ZIP Code

**Is the property insured?**

☒ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49              ☐ 1,000-5,000        ☐ 25,001-50,000
☐ 50-99             ☐ 5,001-10,000       ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000      ☐ More than 100,000
☐ 200-999

Official Form 201          Voluntary Petition for Non-Individuals Filing for Bankruptcy          page 3

Case: 25-50357   Doc# 1   Filed: 03/14/25   Entered: 03/14/25 15:37:56   Page 3 of 6

**15. Estimated assets**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

**16. Estimated liabilities**
- ☐ $0-$50,000
- ☐ $50,001-$100,000
- ☒ $100,001-$500,000
- ☐ $500,001-$1 million
- ☐ $1,000,001-$10 million
- ☐ $10,000,001-$50 million
- ☐ $50,000,001-$100 million
- ☐ $100,000,001-$500 million
- ☐ $500,000,001-$1 billion
- ☐ $1,000,000,001-$10 billion
- ☐ $10,000,000,001-$50 billion
- ☐ More than $50 billion

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  03/14/2025
             MM / DD / YYYY

X _____    _____
Signature of authorized representative of debtor    Printed name

Title _____

**18. Signature of attorney**

X _____    Date _____
Signature of attorney for debtor                MM / DD / YYYY

_____
Printed name

_____
Firm name

_____
Number    Street

_____
City                    State    ZIP Code

_____
Contact phone           Email address

_____
Bar number              State

# Lease Ledger

## Lease Information

| | |
|---|---|
| Date | 03/10/2025 |
| Lease Id | baraja |
| Property | chherit |
| Location | 1701-1715 Airline Highway |
| Assigned Space(s) | |
| Customer | |
| ICS Code | |
| Lease Type | NNN |
| Lease Term | From 06/26/2023 To 07/25/2028 |
| Lease Area | 1,900(Gross Lease) |
| Monthly Rent | 4915.62 |
| Office Phone | |
| Fax No | |
| E-Mail | maricelaloscuates@gmail.com |

Maricela Loscuates
Maria Ochoa Barajas

| Date | Description | Charges | Payments | Balance |
|---|---|---|---|---|
| | Balance Forward | | | 0.00 |
| 06/01/23 | Security Deposit | 6,300.00 | | 6,300.00 |
| 06/01/23 | Estimated CAM (06/2023) | 161.57 | | 6,461.57 |
| 06/01/23 | Rent (06/2023) | 789.28 | | 7,250.85 |
| 06/01/23 | PropIns Est (06/2023) | 24.68 | | 7,275.53 |
| 06/01/23 | PropTax Est (06/2023) | 63.37 | | 7,338.90 |
| 07/01/23 | Estimated CAM (07/2023) | 969.41 | | 8,308.31 |
| 07/01/23 | PropIns Est (07/2023) | 148.06 | | 8,456.37 |
| 07/01/23 | Rent (07/2023) | 4,735.66 | | 13,192.03 |
| 07/01/23 | PropTax Est (07/2023) | 380.23 | | 13,572.26 |
| 07/03/23 | CC 830118742 - Sec Dep + July | | 12,533.36 | 1,038.90 |
| 08/01/23 | Estimated CAM (08/2023) | 969.41 | | 2,008.31 |
| 08/01/23 | PropIns Est (08/2023) | 148.06 | | 2,156.37 |
| 08/01/23 | Rent (08/2023) | 4,735.66 | | 6,892.03 |
| 08/01/23 | PropTax Est (08/2023) | 380.23 | | 7,272.26 |
| 08/03/23 | CC 866719506 - August | | 4,735.66 | 2,536.60 |
| 09/01/23 | Estimated CAM (09/2023) | 969.41 | | 3,506.01 |
| 09/01/23 | PropIns Est (09/2023) | 148.06 | | 3,654.07 |
| 09/01/23 | Rent (09/2023) | 4,735.66 | | 8,389.73 |
| 09/01/23 | PropTax Est (09/2023) | 380.23 | | 8,769.96 |
| 09/11/23 | Chk# 3464 - June, August, September | | 8,769.96 | 0.00 |
| 10/01/23 | Estimated CAM (10/2023) | 969.41 | | 969.41 |
| 10/01/23 | PropIns Est (10/2023) | 148.06 | | 1,117.47 |
| 10/01/23 | Rent (10/2023) | 4,735.66 | | 5,853.13 |
| 10/01/23 | PropTax Est (10/2023) | 380.23 | | 6,233.36 |
| 10/10/23 | Chk# 3056 - October | | 6,233.36 | 0.00 |
| 11/01/23 | Estimated CAM (11/2023) | 969.41 | | 969.41 |
| 11/01/23 | PropIns Est (11/2023) | 148.06 | | 1,117.47 |
| 11/01/23 | Rent (11/2023) | 4,735.66 | | 5,853.13 |
| 11/01/23 | PropTax Est (11/2023) | 380.23 | | 6,233.36 |
| 12/01/23 | Estimated CAM (12/2023) | 969.41 | | 7,202.77 |
| 12/01/23 | PropIns Est (12/2023) | 148.06 | | 7,350.83 |
| 12/01/23 | Rent (12/2023) | 4,735.66 | | 12,086.49 |
| 12/01/23 | PropTax Est (12/2023) | 380.23 | | 12,466.72 |
| 12/18/23 | Chk# 3712 - Reapplied Receipt Nov & partial Dec NSFed by ctrl# 107481 NSF | | 8,769.96 | 3,696.76 |
| 12/21/23 | Returned check charge | 45.00 | | 3,741.76 |
| 12/21/23 | Chk# 3712 - NSF receipt Ctrl# 107479 NSF | | (8,769.96) | 12,511.72 |
| 01/01/24 | Estimated CAM (01/2024) | 969.41 | | 13,481.13 |
| 01/01/24 | PropIns Est (01/2024) | 148.06 | | 13,629.19 |
| 01/01/24 | Rent (01/2024) | 4,735.66 | | 18,364.85 |
| 01/01/24 | PropTax Est (01/2024) | 380.23 | | 18,745.08 |
| 01/05/24 | CC 6590505556 - November | | 4,735.66 | 14,009.42 |
| 01/19/24 | CC 42201444 - Nov - Jan + NSf | | 14,009.42 | 0.00 |
| 02/01/24 | Estimated CAM (02/2024) | 969.41 | | 969.41 |
| 02/01/24 | PropIns Est (02/2024) | 148.06 | | 1,117.47 |
| 02/01/24 | Rent (02/2024) | 4,735.66 | | 5,853.13 |
| 02/01/24 | PropTax Est (02/2024) | 380.23 | | 6,233.36 |

| Date | Description | Charges | Payments | Balance |
|---|---|---:|---:|---:|
| | **Balance Forward** | | | **0.00** |
| 02/13/24 | CC 42201649 - February | | 6,233.36 | 0.00 |
| 03/01/24 | Estimated CAM (03/2024) | 969.41 | | 969.41 |
| 03/01/24 | PropIns Est (03/2024) | 148.06 | | 1,117.47 |
| 03/01/24 | Rent (03/2024) | 4,735.66 | | 5,853.13 |
| 03/01/24 | PropTax Est (03/2024) | 380.23 | | 6,233.36 |
| 03/15/24 | CC 42201686 - March | | 4,735.66 | 1,497.70 |
| 04/01/24 | Estimated CAM (04/2024) | 969.41 | | 2,467.11 |
| 04/01/24 | PropIns Est (04/2024) | 148.06 | | 2,615.17 |
| 04/01/24 | Rent (04/2024) | 4,735.66 | | 7,350.83 |
| 04/01/24 | PropTax Est (04/2024) | 380.23 | | 7,731.06 |
| 04/11/24 | CC 42201726 - April | | 4,735.66 | 2,995.40 |
| 05/01/24 | Estimated CAM (05/2024) | 969.41 | | 3,964.81 |
| 05/01/24 | PropIns Est (05/2024) | 148.06 | | 4,112.87 |
| 05/01/24 | Rent (05/2024) | 4,735.66 | | 8,848.53 |
| 05/01/24 | PropTax Est (05/2024) | 380.23 | | 9,228.76 |
| 05/07/24 | CC 42201766 - past due + partial May | | 7,000.00 | 2,228.76 |
| 06/01/24 | Estimated CAM (06/2024) | 969.41 | | 3,198.17 |
| 06/01/24 | PropIns Est (06/2024) | 148.06 | | 3,346.23 |
| 06/01/24 | Rent (06/2024) | 4,735.66 | | 8,081.89 |
| 06/01/24 | PropTax Est (06/2024) | 380.23 | | 8,462.12 |
| 06/10/24 | CC 42201804 - June | | 4,500.00 | 3,962.12 |
| 07/01/24 | Estimated CAM (07/2024) | 969.41 | | 4,931.53 |
| 07/01/24 | PropIns Est (07/2024) | 148.06 | | 5,079.59 |
| 07/01/24 | Rent (07/2024) | 4,915.62 | | 9,995.21 |
| 07/01/24 | PropTax Est (07/2024) | 380.23 | | 10,375.44 |
| 07/19/24 | CC 42201846 - July | | 5,475.44 | 4,900.00 |
| 07/22/24 | CC 42201837 - balance due | | 4,900.00 | 0.00 |
| 08/01/24 | Estimated CAM (08/2024) | 969.41 | | 969.41 |
| 08/01/24 | PropIns Est (08/2024) | 148.06 | | 1,117.47 |
| 08/01/24 | Rent (08/2024) | 4,915.62 | | 6,033.09 |
| 08/01/24 | PropTax Est (08/2024) | 380.23 | | 6,413.32 |
| 08/12/24 | CC 42201868 - August | | 6,413.32 | 0.00 |
| 09/01/24 | Estimated CAM (09/2024) | 969.41 | | 969.41 |
| 09/01/24 | PropIns Est (09/2024) | 148.06 | | 1,117.47 |
| 09/01/24 | Rent (09/2024) | 4,915.62 | | 6,033.09 |
| 09/01/24 | PropTax Est (09/2024) | 380.23 | | 6,413.32 |
| 09/16/24 | CC 42201902 - September | | 4,915.00 | 1,498.32 |
| 10/01/24 | Estimated CAM (10/2024) | 969.41 | | 2,467.73 |
| 10/01/24 | PropIns Est (10/2024) | 148.06 | | 2,615.79 |
| 10/01/24 | Rent (10/2024) | 4,915.62 | | 7,531.41 |
| 10/01/24 | PropTax Est (10/2024) | 380.23 | | 7,911.64 |
| 10/15/24 | CAM Reconcile (07/2023 - 12/2023) | (115.76) | | 7,795.88 |
| 10/21/24 | CC 42202430 - September bal + partial Oct | | 3,000.00 | 4,795.88 |
| 11/01/24 | Estimated CAM (11/2024) | 969.41 | | 5,765.29 |
| 11/01/24 | PropIns Est (11/2024) | 148.06 | | 5,913.35 |
| 11/01/24 | Rent (11/2024) | 4,915.62 | | 10,828.97 |
| 11/01/24 | PropTax Est (11/2024) | 380.23 | | 11,209.20 |
| 12/01/24 | Estimated CAM (12/2024) | 969.41 | | 12,178.61 |
| 12/01/24 | PropIns Est (12/2024) | 148.06 | | 12,326.67 |
| 12/01/24 | Rent (12/2024) | 4,915.62 | | 17,242.29 |
| 12/01/24 | PropTax Est (12/2024) | 380.23 | | 17,622.52 |
| 01/01/25 | Estimated CAM (01/2025) | 969.41 | | 18,591.93 |
| 01/01/25 | PropIns Est (01/2025) | 148.06 | | 18,739.99 |
| 01/01/25 | Rent (01/2025) | 4,915.62 | | 23,655.61 |
| 01/01/25 | PropTax Est (01/2025) | 380.23 | | 24,035.84 |
| 02/01/25 | Estimated CAM (02/2025) | 969.41 | | 25,005.25 |
| 02/01/25 | PropIns Est (02/2025) | 148.06 | | 25,153.31 |
| 02/01/25 | Rent (02/2025) | 4,915.62 | | 30,068.93 |
| 02/01/25 | PropTax Est (02/2025) | 380.23 | | 30,449.16 |
| 03/01/25 | Estimated CAM (03/2025) | 969.41 | | 31,418.57 |
| 03/01/25 | PropIns Est (03/2025) | 148.06 | | 31,566.63 |
| 03/01/25 | Rent (03/2025) | 4,915.62 | | 36,482.25 |
| 03/01/25 | PropTax Est (03/2025) | 380.23 | | 36,862.48 |